UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| WILLIAM MASTERSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Misc. Case No. 07-575 (RJL) |
| ) | |
| UNITED STATES GOVERNMENT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**
(April 7, 2008)

Pending before the Court is Defendant's Motion to Dismiss, which was filed on March 19, 2008. Because a ruling on defendant's motion may dispose of the case, plaintiffs are advised of their obligations under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is hereby

**ORDERED** that plaintiffs shall respond to the Defendant's motion within 30 days of this Order. If the plaintiffs fail to respond, the Court may treat the motion as conceded and dismiss the petition against the defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge