UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECF

| | |
|---|---|
| WILLIAM MASTERSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Misc. Case No. 07-575 (RJL) |
| ) | |
| UNITED STATES GOVERNMENT, ) | FILED |
| ) | MAY 2 7 2008 |
| Defendant. ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

Defendant filed a motion to dismiss plaintiffs' petition to quash on March 19, 2008. By Order filed April 7, 2008, plaintiffs were advised of their obligation to file an opposition or other response to the motion, and that if they failed to respond within 30 days, the defendant's motion to dismiss might be granted as conceded. To date, plaintiffs have neither filed an opposition nor requested additional time to do so. Accordingly, it is hereby

**ORDERED** that the motion to dismiss [Dkt. # 2] filed by defendant is GRANTED as conceded; and it is further

**ORDERED** that the case is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

Date: